# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 663, *et al.*, | |
| Plaintiffs, | Civil Action No. 0:19-cv-02660<br>The Honorable Joan N. Ericksen<br>Magistrate Judge Tony N. Leung |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant U.S. Department of Agriculture respectfully moves to dismiss the above-captioned action. The bases for this Motion are set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss.

Dated: December 6, 2019

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    ERIC R. WOMACK
    Assistant Director, Federal Programs Branch

    /s/ Leslie Cooper Vigen
    LESLIE COOPER VIGEN
    Trial Attorney (D.C. Bar No. 1019782)
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, DC 20005
    Tel: (202) 305-0727
    Fax: (202) 616-8470

Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Trial Attorney (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov
