UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 663, *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>        Defendant. | Case No. 18-cv-2660 (JNE/TNL) |

## DECLARATION OF MARTIN ROSAS

I, Martin Rosas, declare as follows:

1. My name is Martin Rosas.

2. I am the President of UFCW Local 2, which represents meatpacking workers in Kansas, Missourri, and Oklahoma.

3. As President I have general supervision of all of the Local's affairs, and I ensure that the Local is enforcing its collective bargaining agreements on our members' behalf.

4. UFCW Local 2 represents approximately 2,000 workers at the Seaboard Foods pork plant in Guymon, Oklahoma.

5. UFCW Local 2 also represents approximately 2,600 workers at the Triumph Foods pork plant in St. Joseph, Missouri.

6. Our members at both plants work in all aspects of production and maintenance, including evisceration, which requires knife use to eliminate contamination and abscesses from hog carcasses.

7. Production at both plants has slowed during COVID-19, but management has indicated they want to increase to full production capacity as soon as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __6/03__ 2020.

_____
Martin Rosas