UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 663, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Case No. 18-cv-2660 (JNE/TNL) |

### DECLARATION OF SERGIO RUIZ RIVAS

I, Sergio Ruiz Rivas, declare as follows:

1. My name is Sergio Ruiz Rivas. I have worked at the JBS hog slaughter and processing plant in Beardstown, Illinois for 27 years.

2. I also am a member of UFCW Local 431.

3. Since 2001, I have been a full-time union representative and second shift Chief Steward. In that capacity, I handle member complaints and grievances, and help the union enforce its collective bargaining agreement.

4. I also monitor line speeds.

5. For a couple of years, first under the HIMP program and now under NSIS, the plant has been running lines on the kill floor at around 1265 hogs per hour.

6. Recently during the COVID-19 pandemic, production slowed.

7. At its slowest, the plant ran the lines on the kill floor at about 900 hogs per hour.

8. Over the past month, the company has incrementally increased the line speeds back towards their pre-COVID-19 rates. The lines are now running at about 1250 hogs per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __6 / 3__ 2020

_Sergio Ruiz_  
Sergio Ruiz Rivas