## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 663, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>         Defendant. | Case No. 18-cv-2660 (JNE/TNL) |

## DECLARATION OF MATTHEW UTECHT

I, Matt Utecht, declare as follows:

1. My name is Matt Utecht.

2. I am the President of UFCW Local 663.

3. As President, I have general supervision of all of Local 663's affairs, and preside over local union meetings and at meetings of the Local Union Executive Board.

4. UFCW Local 663 represents approximately 1,900 meatpacking workers at the JBS pork plant in Worthington, Minnesota.

5. The JBS plant in Worthington is both a kill and cut facility.

6. Our members at JBS work in all aspects of production, including on the kill floor and in evisceration.

7. Since the COVID-19 outbreak production has slowed.

8. Plant management has indicated that it wants to resume operations at full capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6-2- 2020.

_____
Matthew Utecht