UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United Food and Commercial Workers
Union, Local No. 663, et al.,

        Plaintiffs,

v.

United States Department of Agriculture,

        Defendant.

Case No. 19-cv-2660 (JNE/TNL)
ORDER

        The Court is scheduled to hear the parties' cross-motions for summary judgment and Defendant's motion for a voluntary remand on October 13, 2020. The attorneys general of Minnesota, California, Illinois, Maryland, Massachusetts, Michigan, and Virginia have moved for leave to file an amicus brief in support of Plaintiffs' motion. The North American Meat Institute and the National Pork Producers Council have moved for leave to file a brief in support of the USDA's motion. These motions are unopposed.

        A district court has discretion to decide whether to allow the filing of an amicus brief. *See Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008). The rule governing amicus filings in the federal courts of appeals is helpful in this context. *See* Fed. R. App. P. 29. After considering that standard, both motions [ECF Nos. 83, 102] are GRANTED.

        IT IS SO ORDERED.

Dated: September 22, 2020

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN
        United States District Judge