**In the United States District Court**
**District of Minnesota**

United Food and Commercial
Workers Union, Local No. 663, *et al.*,

                Plaintiffs,

     *v.*                                   Case No. 0:19-cv-02660-JNE-TNL

United States Department of Agriculture,

                Defendant.

**Seaboard Foods LLC's Motion for Leave to Intervene**

Seaboard Foods respectfully moves for leave to intervene in this case as of right and permissively under Fed. R. Civ. P. 24. Seaboard seeks to intervene for the purpose of moving to stay the effect of the Court's forthcoming June 29 judgment by 313 days (10.5 months) as to Seaboard, and for the purpose of perfecting an appeal (and seeking a stay pending appeal) if necessary. This motion is supported by Seaboard Foods' Memorandum of Law in Support of Motion for Leave to Intervene.

Dated: April 30, 2021

*Respectfully submitted,*

/s/ Joshua N. Turner

Robert W. George*  
Ark. Bar No. 98134  
Joshua C. Ashley*  
Ark. Bar No. 2012051  
**Friday, Eldredge & Clark, LLP**  
3500 Pinnacle Hills Pkwy., Ste. 301  
Rogers, Arkansas 72758  
479.695.2117 – *phone*  
501.537.2922 – *fax*  
rgeorge@fridayfirm.com  
jashley@fridayfirm.com

*\*PHV Pending*

Joshua N. Turner  
Minn Bar. No. 0400279  
**Faegre Drinker Biddle & Reath LLP**  
2200 Wells Fargo Center  
90 South Seventh St.  
Minneapolis, Minn. 55402-3901  
612.766.7000 – *phone*  
612.766.1600 – *fax*  
josh.turner@faegredrinker.com

*Attorneys for Seaboard Foods LLC*