**In the United States District Court**
**District of Minnesota**

United Food and Commercial
Workers Union, Local No. 663, *et al.*,

                Plaintiffs,

    *v.*                              Case No. 0:19-cv-02660-JNE-TNL

United States Department of Agriculture,

                Defendant.

**[Proposed] Order**

Before the Court is Seaboard Foods LLC's Motion to Stay Judgment of Vacatur as to Seaboard. Upon consideration of the motion, all filings of record, and any hearing held on the motion, the Court orders that Seaboard's motion is granted. Exercising its remedial discretion under principles of equity, the Court will fashion its forthcoming judgment to include a partial stay of vacatur for 313 days as to Seaboard Foods LLC.

Dated: _____

                                                    Hon. Joan N. Ericksen
                                                    United States District Judge